# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTES

| | | | |
|---|---|---|---|
| **Case Title :** | Elwyn S. Dubey and Jeannine M. Dubey | **Case No :** | 13–30804 – A – 11 |
| | | **Date :** | 9/30/13 |
| | | **Time :** | 10:00 |
| **Matter :** | Status Conference – [1] – Chapter 11 Voluntary Petition. Missing Document(s): Verification and Master Address List due by 8/23/2013; Statement of Financial Affairs; Summary of schedules; Statistical Summary; Schedule A – Real Property; Schedule B – Personal Property; Schedule C – Exempt Property; Schedule D – Secured Creditors; Schedule E – Unsecured Priority Creditor; Schedule F – Unsecured Nonpriority Creditors; Schedule G – Exec. Contracts & Unexpired Leases; Schedule H – Codebtors; Schedule I – Current Income of Individual; Schedule J – Current Expenditures; Means Test – Form 22B; 20 Largest Unsecured Creditors; Document(s) due by 8/30/2013. Chapter 11 Plan (Small Business) due by 2/12/2014. (jgis) | | UNOPPOSED |
| **Judge :** | Michael S. McManus | | |
| **Courtroom Deputy :** | Sarah Head | | |
| **Reporter :** | Diamond Reporters | | |
| **Department :** | A | | |

**APPEARANCES for :**
**Movant(s) :**
    Debtor – Elwyn S. Dubey
    Joint Debtor – Jeannine M. Dubey
**Respondent(s) :**
None

STATUS CONFERENCE was :
Concluded