KATHRYN KENEALLY
Assistant Attorney General

G. PATRICK JENNINGS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C.  20044-0683
Telephone:   (202) 307-6648
Facsimile:    (202) 307-0054
E-mail:         guy.p.jennings@usdoj.gov

Attorneys for United States of America

BENJAMIN W. WAGNER
United States Attorney

Of Counsel

IN THE UNITED STATES BANKRUPTCY COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>ELWYN S. DUBEY,<br>JEANNINE M. DUBEY,<br><br>Debtors. | Chapter 11<br><br>Case No. 13-30804-A-11<br><br>DC No. GPJ-1<br><br>**SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION TO LIFT STAY – UNITED STATES ACCOUNTING**<br><br>Judge:   Hon. Michael S. McManus |

At the hearing on the United States motion to lift stay, October 28, 2013, at 10 a.m., the debtors contended that substantial payments had been made towards their tax liabilities and that the judgment may have been fully paid.  The Court ordered the United States to make an accounting of the credits to the judgment.  Submitted herewith is a declaration of G. Patrick Jennings, the trial attorney, with attached IRS transcripts of account showing all of the credits and other transactions on the debtors tax years at issue.  Also submitted is the Declaration of Roseanne Miller in Support of United States Accounting, with interest calculations to date, showing a current balance of

1  $2,052,237.71.  In sum, although substantial payments were received, an even greater
2  amount remains due and owing to the United States.
3  In an earlier case, United States v. Elwyn S. Dubey, Jeannine M. Dubey, Duane
4  Woodman as Trustee for Garden Valley Investment, et al., Civil No. S-94-0417 GEB
5  PAN (E.D. Cal.) ("Dubey I"), tax assessments against the Dubeys for tax years 1980,
6  1981, 1985, 1986, 1987, 1988, and 1989 were reduced to judgment on December 21,
7  1998, in an amount exceeding $1.2 million.  The judgment amount accrued interest
8  according to law from December 10, 1998, until paid.
9  The judgment in Dubey I also found that two properties, at 728 Marine World
10 Parkway, Vallejo, California, and 3400 Montclair Street, Sacramento, California, were
11 transferred by the Dubeys to nominees and alter egos with the fraudulent intent to
12 evade the collection of federal tax.  The properties were ordered sold.
13 The Montclair Street property was sold by the IRS and the credits applied to the
14 Dubeys tax liabilities as described in the declaration.  The Marine World Parkway
15 property generated an eminent domain award which was levied by the IRS.  Some of
16 that money was refunded to the Dubeys' attorneys, as required by law.
17 The total credits for the Marine World Parkway eminent domain award and the
18 sale of the Montclair Street rental property were in the amount of $720,849 and the
19 payments were received after nine years of interest had accrued on the $1.2 million
20 judgment.  The transcripts show additional small levies which had no significant effect
21 on the balance due.   According to the IRS records and the trial attorney's recollection of
22 the collection actions by the United States, $2,052,237.71 is still due and owing on the
23 original judgment in the Dubey I case.
24
25
26
27
28

The Dubeys cannot prove that their tax judgment and the interest accrued thereon was fully paid. The Court is respectfully requested to grant the United States motion to lift stay.

KATHRYN KENEALLY
Assistant Attorney General

Dated: November 8, 2013      */s/ G. Patrick Jennings*
G. PATRICK JENNINGS
Trial Attorney, Tax Division,
U.S. Department of Justice