KATHRYN KENEALLY
Assistant Attorney General

G. PATRICK JENNINGS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C.  20044-0683
Telephone:   (202) 307-6648
Guy.P.Jennings@usdoj.gov

Attorneys for the United States of America

BENJAMIN B. WAGNER
United States Attorney

Of Counsel

IN THE UNITED STATES BANKRUPTCY COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>ELWYN S. DUBEY,<br>JEANNINE M. DUBEY,<br><br>Debtors. | Chapter 11<br><br>Case No. 13-30804-A-11<br><br>DC No. GPJ-1<br><br>**DECLARATION OF G. PATRICK JENNINGS IN SUPPORT OF UNITED STATES ACCOUNTING**<br><br>Judge:       Hon. Michael S. McManus |

I, G. Patrick Jennings declare and state:

1. I am a trial attorney for the United States Department of Justice, Tax Division, Civil Trial Section, Western.  I am assigned as the trial attorney for the United States in the above-captioned case.

2. Attached hereto are true and correct copies of the following documents:

    a. IRS Account transcript for the Dubeys for the 1980 tax year.

    b. IRS Account transcript for the Dubeys for the 1981 tax year.

    c. IRS Account transcript for the Dubeys for the 1985 tax year.

|  |  |  |
|---|---|---|
| 1 | d. | IRS Account transcript for the Dubeys for the 1986 tax year. |
| 2 | e. | IRS Account transcript for the Dubeys for the 1987 tax year. |
| 3 | f. | IRS Account transcript for the Dubeys for the 1988 tax year. |
| 4 | g. | IRS Account transcript for the Dubeys for the 1989 tax year. |

3. The attached exhibits show assessments of liabilities, credits, and refunds relating to the tax liabilities of the Dubeys for the listed years.

4. I was also the trial attorney for the United States in an earlier case, *United States v. Elwyn S. Dubey, Jeannine M. Dubey, Duane Woodman as Trustee for Garden Valley Investment, et al.*, Civil No. S-94-0417 GEB PAN (E.D. Cal.) ("*Dubey I*"). In the *Dubey I* case, tax assessments against the Dubeys for tax years 1980, 1981, 1985, 1986, 1987, 1988, and 1989 were reduced to judgment on December 21, 1998, in an amount exceeding $1.2 million. The judgment amount accrued interest according to law from December 10, 1998, until paid.

5. The judgment in *Dubey I* also found that two properties, at 728 Marine World Parkway, Vallejo, California, and 3400 Montclair Street, Sacramento, California, were transferred by the Dubeys to nominees and alter egos with the fraudulent intent to evade the collection of federal tax. The properties were ordered sold.

6. I was informed that the 3400 Montclair Street property was sold by the IRS at public auction on November 10, 2004. The winning bid was $286,000. The amounts after costs of sale were credited to the 1980 tax liabilities on January 31, 2005, in the amount of $20,000 and in the amount of $115,121.39. Ex. A, page 2. Another credit was made to the 1981 tax liabilities on January 31, 2005, in the amount of $146,600.90. Ex. B, page 3. The total payments relating to the Montclair proceeds were $281,722.29.

7. The 728 Marine World Parkway property was described as an old gasoline station with environmental issues, making the property difficult to sell. The property was the subject of an eminent domain case by the State of California which sought to widen an

adjacent road. *People of California v. Delta Investment*, Case No. 2:07-CV-02372-LEW-KJM (USDC E.D. Cal.). Eventually the Dubeys through a nominee, Delta Investment, recovered an eminent domain award from California of $800,000 for the 728 Marine World Parkway property.

8. In 2007, I was informed by Revenue Officer Marilyn Collins that the IRS served a levy on California to recover the eminent domain award. The State paid the IRS $781,500.00, which was the $800,000.00 due less the $18,500.00 paid previously to the attorneys for Delta Investment.

9. I was informed by the Revenue Officer that the money was received on December 20, 2007 and applied to the Dubey's account as follows:

    1981  $112,265.01 to full pay the tax year     (Ex. B, page 3)
    1988  $151,545.65 to full pay the tax year     (Ex. F, page 2)
    1989  $272,084.66 to pay the civil penalty     (Ex. G, page 2)
    1985  $245,604.68 to part pay the tax year    (Ex. C, page 3)

These credits can be seen on the respective exhibits on lines dated December 20, 2007.

10. However, Jenny, Jenny, and Jenny LLP, the attorneys for the Dubeys and their nominee Delta Investment, made a claim for legal fees in the amount of $342,373.30 and claimed a priority on the eminent domain award under 26 U.S.C. § 6323(b)(8).

11. The United States Department of Justice conceded the priority and directed the refund of the claimed amount to the Jenny firm. The refunds were made in two transactions. On January 25, 2008, $245,604.68 was refunded to the Dubeys' attorneys from the 1985 tax year account, increasing the amount still owed. Ex. C, page 3. On January 25, 2008, $96,768.62 was refunded to the Dubeys' attorneys from the 1989 tax year, increasing the amount still owed. Ex. F, page 2.

12. The total credits for the Marine World Parkway eminent domain award and the sale of the Montclair Street rental property was in the amount of $720,849 and the payments were received after nine years of interest had accrued on the $1.2 million judgment.

According to the attached IRS records and my recollection of the collection actions by the United States, a substantial amount is still due and owing on the original judgment in the *Dubey I* case.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  November 8, 2013         /s/ G. Patrick Jennings
                                 G. PATRICK JENNINGS