# EXHIBIT A

Case 13-36004 ... Filed 12/03/13 ... Doc 46





# Internal Revenue Service
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

# Account Transcript

Request Date:      10-28-2013
Response Date:     10-28-2013
Tracking Number:   100174422533

FORM NUMBER:    1040
TAX PERIOD:     Dec. 31, 1980

TAXPAYER IDENTIFICATION NUMBER:          0089
SPOUSE TAXPAYER IDENTIFICATION NUMBER:   8707*

ELWYN S & JEANNINE M DUBBY
<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:          0.00
ACCRUED INTEREST:         0.00      AS OF: Nov. 11, 2013
ACCRUED PENALTY:          0.00      AS OF: Nov. 11, 2013

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):       0.00

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

EXEMPTIONS:                            03
FILING STATUS:            Married Filing Joint
ADJUSTED GROSS INCOME:         172,899.00
TAXABLE INCOME:                153,020.00
TAX PER RETURN:                 42,525.00
SE TAXABLE INCOME TAXPAYER:          0.00
SE TAXABLE INCOME SPOUSE:            0.00
TOTAL SELF EMPLOYMENT TAX:           0.00

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)      Apr. 15, 1981
PROCESSING DATE                                                  Aug. 10, 1981

TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|------|----------------------------|-------|------|--------|

Case 13-50804   Filed 11/06/13   Doc 46

| 150 | Tax return filed | 19813008 | 08-10-1981 | $42,525.00 |
|---|---|---|---|---|
| n/a | 95222-117-32803-1 | | | |
| 610 | Payment with return | | 04-15-1981 | -$35,588.00 |
| 806 | W-2 or 1099 withholding | | 04-15-1981 | -$6,937.00 |
| 420 | Examination of tax return | | 04-29-1982 | $0.00 |
| 420 | Examination of tax return | | 09-30-1983 | $0.00 |
| 420 | Examination of tax return | | 10-25-1983 | $0.00 |
| 560 | IRS can assess tax until 12-31-1985 | | 08-16-1984 | $0.00 |
| 520 | Bankruptcy or other legal action filed | | 09-13-1984 | $0.00 |
| 300 | Additional tax assessed by examination - quick assessment | 19933408 | 08-02-1993 | $9,902.00 |
| n/a | 13251-214-13302-3 | | | |
| 340 | Interest charged for late payment | 19933408 | 08-02-1993 | $62,359.97 |
| 290 | Additional tax assessed | 19933508 | 09-13-1993 | $0.00 |
| n/a | 19254-635-15028-3 | | | |
| 521 | Removed bankruptcy or other legal action | | 09-15-1993 | $0.00 |
| 300 | Additional tax assessed by examination | 19933908 | 10-11-1993 | $0.00 |
| n/a | 19247-660-70025-3 | | | |
| 582 | Lien placed on assets due to balance owed | | 10-15-1993 | $0.00 |
| 360 | Fees and other expenses for collection | | 11-08-1993 | $20.00 |
| 582 | Lien placed on assets due to balance owed | | 10-22-1993 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 11-26-1993 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 01-21-1994 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 01-21-1994 | $0.00 |
| 520 | Bankruptcy or other legal action filed | | 10-27-1994 | $0.00 |
| 670 | Payment Miscellaneous Payment | | 01-03-1996 | -$18,000.00 |
| 521 | Removed bankruptcy or other legal action | | 12-21-1998 | $0.00 |
| 340 | Interest charged for late payment | 20013608 | 09-17-2001 | $77,340.42 |
| 290 | Additional tax assessed | 20013608 | 09-17-2001 | $0.00 |
| n/a | 89254-641-00001-1 | | | |
| 276 | Penalty for late payment of tax | 20013608 | 09-17-2001 | $2,475.50 |
| 520 | Bankruptcy or other legal action filed | | 12-22-1998 | $0.00 |
| 670 | Payment Suit | | 01-31-2005 | -$20,000.00 |
| 670 | Payment Suit | | 01-31-2005 | -$115,121.39 |
| 570 | Additional account action pending | | 04-11-2005 | $0.00 |

| 360 | Fees and other expenses for collection | | 05-16-2005 | $1,023.50 |
| 290 | Additional tax assessed | 20051808 | 05-16-2005 | $0.00 |
| n/a | 39254-512-05000-5 | | | |
| 520 | Bankruptcy or other legal action filed | | 04-27-2005 | $0.00 |
| 550 | IRS can collect until 12-21-2018 | | 09-05-2006 | $0.00 |
| 583 | Lien released | | 02-01-2008 | $0.00 |
| 960 | Appointed representative | | 11-22-2010 | $0.00 |

This Product Contains Sensitive Taxpayer Data