# EXHIBIT B



# Internal Revenue Service
United States Department of the Treasury

*This Product Contains Sensitive Taxpayer Data*

# Account Transcript

Request Date:   10-28-2013
Response Date:  10-28-2013
Tracking Number: 100174422533

FORM NUMBER:   1040
TAX PERIOD:    Dec. 31, 1981

TAXPAYER IDENTIFICATION NUMBER:        0089
SPOUSE TAXPAYER IDENTIFICATION NUMBER: -8707*

ELWYN S & JEANNINE M DUBEY
<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:        0.00
ACCRUED INTEREST:      -0.05     AS OF: Nov. 11, 2013
ACCRUED PENALTY:        0.00     AS OF: Nov. 11, 2013

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):  -0.05

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

EXEMPTIONS:                 03
FILING STATUS:              Married Filing Joint
ADJUSTED GROSS INCOME:      -75,906.00
TAXABLE INCOME:             0.00
TAX PER RETURN:             1,026.00
SE TAXABLE INCOME TAXPAYER: 0.00
SE TAXABLE INCOME SPOUSE:   0.00
TOTAL SELF EMPLOYMENT TAX:  1,026.00

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)    Apr. 15, 1982
PROCESSING DATE                                                 Aug. 02, 1982

TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE DATE | AMOUNT |
| --- | --- | --- | --- |

| | | | | |
|---|---|---|---|---|
| 150 | Tax return filed | 19822908 | 08-02-1982 | $1,026.00 |
| n/a | 94222-111-59616-2 | | | |
| 610 | Payment with return | | 04-19-1982 | -$1,080.00 |
| 170 | Penalty for not pre-paying tax | 19822908 | 08-02-1982 | $54.00 |
| 420 | Examination of tax return | | 09-30-1983 | $0.00 |
| 420 | Examination of tax return | | 11-10-1984 | $0.00 |
| 300 | Additional tax assessed by examination - quick assessment | 19853908 | 08-23-1985 | $25,421.00 |
| n/a | 68251-235-13017-5 | | | |
| 350 | Negligence penalty | 19853908 | 08-23-1985 | $8,995.24 |
| 190 | Interest charged for late payment | 19853908 | 08-23-1985 | $15,448.48 |
| 300 | Additional tax assessed by examination | 19854008 | 10-14-1985 | $0.00 |
| n/a | 89247-662-00719-5 | | | |
| 470 | Claim pending | | 03-19-1986 | $0.00 |
| 290 | Additional tax assessed | 19862508 | 06-30-1986 | $0.00 |
| n/a | 29254-555-00493-6 | | | |
| 290 | Additional tax assessed | 19864608 | 11-24-1986 | $0.00 |
| n/a | 29254-707-00553-6 | | | |
| 520 | Bankruptcy or other legal action filed | | 02-24-1987 | $0.00 |
| 520 | Bankruptcy or other legal action filed | | 02-24-1987 | $0.00 |
| 360 | Fees and other expenses for collection | | 05-04-1987 | $10.00 |
| 582 | Lien placed on assets due to balance owed | | 05-07-1987 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 04-15-1988 | $0.00 |
| 420 | Examination of tax return | | 03-23-1991 | $0.00 |
| 421 | Closed examination of tax return | | 05-08-1991 | $0.00 |
| 360 | Fees and other expenses for collection | | 08-26-1991 | $10.00 |
| 582 | Lien placed on assets due to balance owed | | 08-02-1991 | $0.00 |
| 521 | Removed bankruptcy or other legal action | | 08-28-1991 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 09-03-1993 | $0.00 |
| 360 | Fees and other expenses for collection | | 10-04-1993 | $10.00 |
| 582 | Lien placed on assets due to balance owed | | 10-22-1993 | $0.00 |
| 670 | Payment<br>Levy | | 11-01-1993 | -$8,509.78 |
| 360 | Fees and other expenses for collection | | 11-22-1993 | $20.00 |
| 582 | Lien placed on assets due to balance owed | | 11-26-1993 | $0.00 |
| 360 | Fees and other expenses for collection | | 12-20-1993 | $30.00 |
| 670 | Payment<br>Miscellaneous Payment | | 12-27-1993 | -$15.00 |

| | | | | |
|---|---|---|---|---|
| 582 | Lien placed on assets due to balance owed | | 01-21-1994 | $0.00 |
| 670 | Payment<br>Levy | | 01-18-1994 | -$1,121.01 |
| 360 | Fees and other expenses for collection | | 02-14-1994 | $30.00 |
| 520 | Bankruptcy or other legal action filed | | 10-27-1994 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 07-28-1995 | $0.00 |
| 360 | Fees and other expenses for collection | | 08-21-1995 | $100.00 |
| 582 | Lien placed on assets due to balance owed | | 08-04-1995 | $0.00 |
| 360 | Fees and other expenses for collection | | 08-28-1995 | $50.00 |
| 521 | Removed bankruptcy or other legal action | | 12-21-1998 | $0.00 |
| 608 | Write-off of balance due | | 07-23-2001 | -$40,478.93 |
| 609 | Removed write-off of balance due | | 07-23-2001 | $40,478.93 |
| 520 | Bankruptcy or other legal action filed | | 12-22-1998 | $0.00 |
| 670 | Payment<br>Suit | | 01-31-2005 | -$146,600.90 |
| 196 | Interest charged for late payment | 20051308 | 04-11-2005 | $99,766.72 |
| 276 | Penalty for late payment of tax | 20051308 | 04-11-2005 | $6,355.25 |
| 520 | Bankruptcy or other legal action filed | | 04-27-2005 | $0.00 |
| 550 | IRS can collect until<br>12-21-2018 | | 09-05-2006 | $0.00 |
| 520 | Bankruptcy or other legal action filed | | 12-07-2007 | $0.00 |
| 670 | Payment<br>Levy | | 12-20-2007 | -$112,265.01 |
| 971 | Collection due process request received timely | | 12-07-2007 | $0.00 |
| 196 | Interest charged for late payment | 20080408 | 02-04-2008 | $112,265.01 |
| 583 | Lien released | | 02-01-2008 | $0.00 |
| 521 | Removed bankruptcy or other legal action | | 05-17-2008 | $0.00 |
| 971 | Collection due process (hearing) resolved by Appeals - Notice of Determination letter issued, you waived judicial review or withdrew the hearing request | | 06-27-2008 | $0.00 |
| 960 | Appointed representative | | 11-22-2010 | $0.00 |

This Product Contains Sensitive Taxpayer Data