# EXHIBIT C

Case 13-30804    Filed 11/08/13    Doc 48



```
                This Product Contains Sensitive Taxpayer Data
```

# Account Transcript

```
                                       Request Date:      07-01-2013
                                      Response Date:      07-01-2013
                                    Tracking Number:     100165525561

FORM NUMBER:      1040
TAX PERIOD:       Dec. 31, 1985


TAXPAYER IDENTIFICATION NUMBER:              -0089
SPOUSE TAXPAYER IDENTIFICATION NUMBER:       -8707*

ELWYN S & JEANNINE M DUBEY
<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>
            --- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:                           245,720.68
ACCRUED INTEREST:                          498,833.45   AS OF: Jul. 15, 2013
ACCRUED PENALTY:                                 0.00   AS OF: Jul. 15, 2013


ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):             744,554.13


            ** INFORMATION FROM THE RETURN OR AS ADJUSTED **


EXEMPTIONS:                                        03
FILING STATUS:                       Married Filing Joint
ADJUSTED GROSS INCOME:                     356,215.00
TAXABLE INCOME:                            349,982.00
TAX PER RETURN:                                252.00
SE TAXABLE INCOME TAXPAYER:                      0.00
SE TAXABLE INCOME SPOUSE:                        0.00
TOTAL SELF EMPLOYMENT TAX:                       0.00

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)   Apr. 15, 1986
PROCESSING DATE                                                Aug. 11, 1986


                                TRANSACTIONS

CODE  EXPLANATION OF TRANSACTION                CYCLE  DATE              AMOUNT
```

| Code | Description | Cycle | Date | Amount |
|---|---|---|---|---|
| 150 | Tax return filed | 19863108 | 08-11-1986 | $252.00 |
| n/a | 29212-121-12200-6 | | | |
| 610 | Payment with return | | 04-15-1986 | -$252.00 |
| 420 | Examination of tax return | | 05-12-1987 | $0.00 |
| 560 | IRS can assess tax until 04-15-1989 | | 09-08-1987 | $0.00 |
| 300 | Additional tax assessed by examination | 19892808 | 07-24-1989 | $0.00 |
| n/a | 29247-581-10078-9 | | | |
| 520 | Bankruptcy or other legal action filed | | 07-07-1989 | $0.00 |
| 960 | Appointed representative | | 05-12-1990 | $0.00 |
| 300 | Additional tax assessed by examination | 19904808 | 12-10-1990 | $109,649.44 |
| n/a | 29247-723-78000-0 | | | |
| 336 | Interest charged for late payment | 19904808 | 12-10-1990 | $67,004.23 |
| 670 | Payment | | 01-03-1991 | -$20,000.00 |
| 582 | Lien placed on assets due to balance owed | | 04-12-1991 | $0.00 |
| 360 | Fees and other expenses for collection | | 05-20-1991 | $30.00 |
| 582 | Lien placed on assets due to balance owed | | 10-22-1993 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 11-26-1993 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 01-21-1994 | $0.00 |
| 521 | Removed bankruptcy or other legal action | | 11-29-1995 | $0.00 |
| 520 | Bankruptcy or other legal action filed | | 11-29-1995 | $0.00 |
| 300 | Additional tax assessed by examination | 19964708 | 12-02-1996 | $0.00 |
| n/a | 29247-718-98003-6 | | | |
| 421 | Closed examination of tax return | | 12-02-1996 | $0.00 |
| 961 | Removed appointed representative | | 01-13-1997 | $0.00 |
| 960 | Appointed representative | | 01-13-1997 | $0.00 |
| 961 | Removed appointed representative | | 04-05-1997 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 10-20-2000 | $0.00 |
| 360 | Fees and other expenses for collection | | 11-13-2000 | $14.00 |
| 360 | Fees and other expenses for collection | | 11-20-2000 | $14.00 |
| 582 | Lien placed on assets due to balance owed | | 12-08-2000 | $0.00 |
| 360 | Fees and other expenses for collection | | 01-01-2001 | $70.00 |
| 360 | Fees and other expenses for collection | | 01-08-2001 | $70.00 |
| 521 | Removed bankruptcy or other legal action | | 12-21-1998 | $0.00 |
| 608 | Write-off of balance due | | 07-23-2001 | -$156,851.67 |
| 609 | Removed write-off of balance due | | 07-23-2001 | $156,851.67 |
| 520 | Bankruptcy or other legal action filed | | 12-22-1998 | $0.00 |

| Code | Description | Date | Amount |
|---|---|---|---|
| 520 | Bankruptcy or other legal action filed | 04-27-2005 | $0.00 |
| 670 | Payment<br>Miscellaneous Payment | 07-13-2005 | -$35.14 |
| 550 | IRS can collect until<br>12-21-2018 | 09-05-2006 | $0.00 |
| 520 | Bankruptcy or other legal action filed | 12-07-2007 | $0.00 |
| 670 | Payment<br>Levy | 12-20-2007 | -$245,604.68 |
| 971 | Collection due process request received timely | 12-07-2007 | $0.00 |
| 196 | Interest charged for late payment | 20080408 02-04-2008 | $66,275.79 |
| 276 | Penalty for late payment of tax | 20080408 02-04-2008 | $22,512.36 |
| 840 | Refund issued | 01-25-2008 | $245,604.68 |
| 583 | Lien released | 02-01-2008 | $0.00 |
| 521 | Removed bankruptcy or other legal action | 05-17-2008 | $0.00 |
| 971 | Collection due process (hearing) resolved by Appeals - Notice of Determination letter issued, you waived judicial review or withdrew the hearing request | 06-27-2008 | $0.00 |
| 290 | Additional tax assessed | 20084408 11-10-2008 | $0.00 |
| n/a | 28254-695-05461-8 | | |
| 520 | Bankruptcy or other legal action filed | 04-09-2010 | $0.00 |
| 520 | Bankruptcy or other legal action filed | 04-09-2010 | $0.00 |
| 582 | Lien placed on assets due to balance owed | 05-14-2010 | $0.00 |
| 583 | Lien released | 05-14-2010 | $0.00 |
| 360 | Fees and other expenses for collection | 06-07-2010 | $116.00 |
| 960 | Appointed representative | 11-22-2010 | $0.00 |
| 521 | Removed bankruptcy or other legal action | 11-17-2010 | $0.00 |

This Product Contains Sensitive Taxpayer Data