# EXHIBIT G



This Product Contains Sensitive Taxpayer Data

# Account Transcript

```
                                        Request Date:    07-01-2013
                                        Response Date:   07-01-2013
                                        Tracking Number: 100165525561

FORM NUMBER:        CIVIL PENALTY
TAX PERIOD:         Dec. 31, 1989


TAXPAYER IDENTIFICATION NUMBER:         0089

ELWYN S DUBEY
<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>
            --- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:                        96,768.62
ACCRUED INTEREST:                       23,664.01         AS OF: Jul. 15, 2013


ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):          120,432.63


                ** INFORMATION FROM THE RETURN OR AS ADJUSTED **
```

|  | TRANSACTIONS |  |  |
|---|---|---|---|
| CODE | EXPLANATION OF TRANSACTION | CYCLE   DATE | AMOUNT |
| 240 | Miscellaneous penalty<br>IRC 6672 - 100% Penalty | 19922308 04-13-1992 | $85,098.61 |
| n/a | 29251-104-15605-2 | | |
| 290 | Additional tax assessed - prompt assessment | 19922308 04-13-1992 | $0.00 |
| n/a | 29251-104-15605-2 | | |
| 196 | Interest charged for late payment | 19922308 06-15-1992 | $1,179.82 |
| 582 | Lien placed on assets due to balance owed | 01-29-1993 | $0.00 |
| 582 | Lien placed on assets due to balance owed | 10-22-1993 | $0.00 |
| 582 | Lien placed on assets due to balance owed | 11-26-1993 | $0.00 |
| 582 | Lien placed on assets due to balance owed | 01-21-1994 | $0.00 |
| 520 | Bankruptcy or other legal action filed | 10-27-1994 | $0.00 |
| 521 | Removed bankruptcy or other legal action | 12-21-1998 | $0.00 |
| 520 | Bankruptcy or other legal action filed | 12-22-1998 | $0.00 |
| 520 | Bankruptcy or other legal action filed | 04-27-2005 | $0.00 |

| Code | Description | Date | Amount |
|---|---|---|---|
| 550 | IRS can collect until 12-21-2018 | 09-06-2006 | $0.00 |
| 520 | Bankruptcy or other legal action filed | 12-07-2007 | $0.00 |
| 670 | Payment Levy | 12-20-2007 | -$272,084.66 |
| 971 | Collection due process request received timely | 12-07-2007 | $0.00 |
| 196 | Interest charged for late payment | 20080408 02-04-2008 | $185,806.23 |
| 840 | Refund issued | 01-25-2008 | $96,768.62 |
| 583 | Lien released | 02-01-2008 | $0.00 |
| 971 | Collection due process (hearing) resolved by Appeals - Notice of Determination letter issued, you waived judicial review or withdrew the hearing request | 07-01-2008 | $0.00 |
| 960 | Appointed representative | 07-02-2009 | $0.00 |
| 521 | Removed bankruptcy or other legal action | 05-17-2009 | $0.00 |
| 608 | Write-off of balance due | 09-28-2009 | -$96,768.62 |
| 609 | Removed write-off of balance due | 09-28-2009 | $96,768.62 |
| 520 | Bankruptcy or other legal action filed | 04-09-2010 | $0.00 |
| 520 | Bankruptcy or other legal action filed | 04-09-2010 | $0.00 |
| 521 | Removed bankruptcy or other legal action | 11-17-2010 | $0.00 |

This Product Contains Sensitive Taxpayer Data