United States Bankruptcy Court
Eastern District of California

In re:
Elwyn S. Dubey
Jeannine M. Dubey
Debtors

Case No. 13-30804-A
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0972-2 User: mgas Page 1 of 1 Date Rcvd: Nov 07, 2013
Form ID: L139 Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 09, 2013.

db/jdb +Elwyn S. Dubey, Jeannine M. Dubey, PO Box 9, Georgetown, CA 95634-0009
aty G. Patrick Jennings, PO Box 683, Washington, DC 20044-0683

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE. TOTAL: 0

***** BYPASSED RECIPIENTS *****
NONE. TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2013 Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 7, 2013 at the address(es) listed below:
NONE. TOTAL: 0

UNITED STATES BANKRUPTCY COURT
Eastern District of California

**Robert T Matsui United States Courthouse**
**501 I Street, Suite 3−200**
**Sacramento, CA 95814**

(916) 930−4400
www.caeb.uscourts.gov
M−F 9:00 AM − 4:00 PM



# NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO REDACTION AND RESTRICTION

**Case Number:** 13−30804 − A − 11

**Debtor Name(s) and Address(es):**

Elwyn S. Dubey
PO Box 9
Georgetown, CA 95634

Jeannine M. Dubey
PO Box 9
Georgetown, CA 95634

A transcript of the proceeding held on 10/28/13 was filed on 11/07/2013 and is listed on the court docket as document number 42. The following deadlines apply:

1. The parties have until 11/14/2013 to file with the court a *Notice of Intent to Request Redaction* of the transcript. The deadline for filing a *Request for Redaction and List of Items to be Redacted* is 12/02/2013.

2. If a *Request for Redaction and List of Items to be Redacted* is filed, the redacted transcript is due 12/09/2013.

3. If no such request is filed, the transcript will be made available for remote electronic access upon expiration of the restriction period, which is 02/05/2014 unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy of the transcript at the rate established by the Judicial Conference from the court reporter whose contact information is provided below by following the instructions on the court's web site at http://www.caeb.uscourts.gov/data/formpubs/transcript_requests.pdf, or you may view the transcript at the Clerk's Office public terminal.

Diamond Reporters; (916) 498−9288

Dated:
11/7/13

For the Court,
Wayne Blackwelder , Clerk